IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FALON BLACKSHEAR § | |
| § | |
| v. § | CIVIL ACTION NO. 4:13-cv-0524 |
| § | |
| SCRAP METAL SERVICES, LLC § | |
| dba SMS SCRAP METAL SERVICES § | |

## STIPULATION OF DISMISSAL

The parties to this action stipulate to dismissal of this action with prejudice under Rule 41(a)(1)(A)(ii). Each party will bear her or its own costs.

Respectfully Submitted,

/s/ Syd Phillips
Syd Phillips
Attorney at Law
SBN 1595570
155 Dairy Ashford, Suite 104
Houston, Texas  77079
281-752-0300
Fax: 281-759-3214
Attorney for Plaintiff


/s/ Carolyn Russell
Carolyn Russell
SBN: 24003913
Sunita P. Shirodkar
SBN:  24066068
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One Allen Center
500 Dallas Street, Suite 3000
Houston, TX  77002,
713-655-0855
Fax: 713-655-0020
Attorney for Defendant