IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FALON BLACKSHEAR | § § | |
| v. | § § | CIVIL ACTION NO. 4:13-cv-0524 |
| SCRAP METAL SERVICES, LLC<br>dba SMS SCRAP METAL SERVICES | § § § | |

### ORDER

Pursuant to the parties' Joint Stipulation of Dismissal with Prejudice, it is **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

SIGNED this **30th** day of **October**, 2013.

_____
UNITED STATES DISTRICT JUDGE